

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2020

**BY ECF**

**MEMO ENDORSED**

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Jose Baez,* S2 19 Cr. 463 (DLC)

Dear Judge Cote:

    The Government writes, with consent of counsel for the defendant in the above-captioned matter (the "defendant"), to request that the Court modify the terms of the defendant's bond. At the defendant's presentment and arraignment on July 14, 2020, the Honorable Robert W. Lehrburger, United States Magistrate Judge, released the defendant on a $100,000 personal recognizance bond (the "Bond"), to be co-signed by two financially responsible persons as well as the defendant's mother for moral suasion. The defendant was released on his own signature, with the remaining conditions to be met by today. Counsel for the defendant has informed the Government that the defendant's mother will be unable to sign the Bond, but has provided a third financially responsible person to sign in her place. The Government agrees that his is an adequate substitute, and accordingly respectfully requests that the Bond be amended to remove the condition that the defendant's mother sign for moral suasion, and to add as a condition that a third financially responsible person co-sign the Bond. The Government further requests that the third co-signer have until Friday, July 31, 2020, to sign the Bond.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:   /s/
    Stephanie Lake / Sheb Swett / Aline Flodr
    Assistant United States Attorneys
    (212) 637-1066 / 6522 / 1110

cc: All counsel (by ECF)

```
The Government's request to modify the terms of
the defendant's bond is granted.  7.29.2020.

                    _____
                              DENISE COTE
                    United States District Judge
```