```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    S2 19cr463-03(DLC)
                                         :
           -v-                           :    ORDER
                                         :
JOSE BAEZ,                               :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2020

DENISE COTE, District Judge:

The Court having been informed that the defendant requests that a change of plea hearing be scheduled and that the defendant prefers that the hearing occur via videoconferencing proceeding, it is hereby

ORDERED that a change of plea hearing is scheduled for **October 30, 2020** at **11 a.m.** and shall proceed via the Skype for Business videoconference, if the Skype for Business platform is reasonably available. To access the conference, paste the following link into your browser:

https://meet.lync.com/fedcourts-nysd/anthony_sampson/2P3D0CFJ.

To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Defense

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who do not have an Office 365 account may use the "Join as Guest" option. When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business. For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2] Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

2

Business, may access the conference audio using the following credentials:

    Call-in number:    +19179332166
    Conference ID:    631606520

IT IS FURTHER ORDERED that by **Friday, October 23, 2020,** defense counsel shall file a letter informing the Court whether counsel and the defendant have successfully tested Skype for Business. If the defendant and counsel are unable to successfully test Skype for Business, an Order will issue informing the parties whether the sentencing shall be rescheduled to occur in person.

Dated:    New York, New York
           October 16, 2020

                                        _____
                                               DENISE COTE
                                    United States District Judge