```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    S2 19cr463-03(DLC)
                                         :
            -v-                          :         ORDER
                                         :
JOSE BAEZ,                               :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The defendant is scheduled to be sentenced on **February 5, 2021** at **12 p.m.** Due to the recent spike in COVID-19 cases, an in-court proceeding may not be available to the defendant or may present significant health risks to participants. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **January 29, 2021**:

1) Does the defendant consent to be sentenced through videoconference technology?

2) If the defendant is unable to arrange for a videoconference proceeding, does the defendant consent to be sentenced at a telephone conference proceeding?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         January 21, 2021

                                       _____
                                                DENISE COTE
                                        United States District Judge