```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :     S2 19cr463-03(DLC)
                                         :
         -v-                             :          ORDER
                                         :
JOSE BAEZ,                               :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the defendant's letter of January 29, 2021 advising the Court of his preference to be sentenced in-person on February 5, 2021, it is hereby

ORDERED that the sentence will proceed as scheduled on **February 5, 2021 at 2 p.m.** in Courtroom 24B, 500 Pearl Street.,

IT IS FURTHER ORDERED that, in light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**: https://nysd.uscourts.gov/sites/default/files/2021-01/2021-01-29-Standing%20Order%20on%20Entry-CM_signed.pdf.

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.

IT IS FURTHER ORDERED that, due to the presence of more contagious strains of the COVID-19 virus, individuals also must

wear **two face masks** at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that by **February 2, 2021**, defense counsel must advise the Court of how many spectators will attend the sentencing.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables. Special accommodations may need to be made if more than **four** spectators are expected to attend, or more than **two** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in-court sentencing of the defendant may listen to the sentencing proceeding through a telephone link by calling **888-363-4749** and using access code **4324948**.

Dated:     New York, New York
           January 29, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge